1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | Case No.: 2:20-cv-09403-CBM-JPRx |
|---|---|
| Plaintiff, | **JUDGMENT  [JS-6]** |
| v. | |
| BENJAMIN ROSENBERG | |
| Defendant. | |

    Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Preliminary Injunction, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of Massachusetts Mutual Life Insurance Company and against Defendant Benjamin Rosenberg in the amount of $193,459.86 plus pre-judgment interest at a rate of 7% per annum pursuant to California Civil Code Section 3287.

DATED: February 15, 2022.

                                                  CONSUELO B. MARSHALL
                                                UNITED STATES DISTRICT JUDGE

CC: FISCAL

Benjamin Rosenberg
1473 S. Cardiff
Los Angeles, CA 90035